798 A.2d 725

COMMONWEALTH of Pennsylvania, Appellant,

v.

Anthony PRINCE, Appellee.

Supreme Court of Pennsylvania.

Submitted March 11, 2002.

Decided June 17, 2002.

Catherine Lynn Marshall, Grady Gervino, for Commonwealth of Pennsylvania.

Joseph C. Santaguida, for Anthony Prince.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 17th day of June 2002, we **GRANT** the Commonwealth's "Motion for Remand to Superior Court for

546

Consideration of Appeal on the Merits, None of Which Implicate the Constitutionality of 18 Pa.C.S. § 6317."

As we do not possess jurisdiction ·pursuant to 42 Pa.C.S. § 722(7), we hereby **TRANSFER** this case to the Superior Court. *See* Pa.R.A.P. 751(a).